IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SARALYN WASSERMAN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-CV-00026-ABJ |
| ) | |
| **KIRAN AHUJAN** in her ) | |
| Official capacity as Director, ) | |
| Office of Personnel Management, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Saralyn Wasserman, by and through undersigned counsel, and pursuant to D.C. Superior Court Rule 55(b)(2), hereby submits this Motion for Entry of Default Judgment, and in support thereof states as follows:

As the Court properly noted, Defendant Defendant's deadline to file an answer to Plaintiff's Amended Complaint passed on January 25, 2023. See Fed. R. Civ. P. 12(a)(1)(A)(i). Defendant has not filed an answer thereto.

Therefore, Plaintiff requests that the Court enter a default judgment under Fed. R. Civ. Pro. 55(b)(2).

Dated: November 26, 2023                    Respectfully Submitted,

                                            ALAN LESCHT AND ASSOCIATES, P.C.


                                            /s/ J. Cathryne Watson
                                            J. Cathryne Watson
                                            1825 K Street, NW, Suite 750
                                            Washington, D.C. 20006
                                            T: (202) 315-1732

F: (202) 463-6067
Cathryne.Watson@leschtlaw.com

*Counsel for Plaintiff*