UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARALYN WASSERMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:21-CV-00026 (ABJ) |
| OFFICE OF PERSONNEL MANAGEMENT, | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 23, 2024, Saralyn Wasserman ("Plaintiff") and the Office of Personnel Management ("Defendant"), by and through the undersigned counsel, hereby respectfully submit this Joint Status Report. In support, the parties jointly report the following:

1. As the Court may recall, it required into whether the parties would be open to mediation. The parties responded in the affirmative and the Court referred the parties to mediation before Magistrate Judge Upadhyaya.

2. The parties appeared for mediation before Her Honor on July 23, 2024. After many hours, the parties have reached an agreement in principle to resolve this action amicably without further burdening the Court. The parties are in the process of reducing their agreement to writing.

3. Defendant has the pen regarding working up a Department of Justice model agreement and circulating amongst agency's counsels and then, subsequently, Plaintiff. Finally, the undersigned would submit the draft for this office's final approval and signoff before the parties can have a finalized settlement.

1

4.    Given the amount of review and approval required, Government Counsel anticipates that Plaintiff should have an approved proposed settlement agreement and stipulation of dismissal ready for Plaintiff's counsel in the next thirty days.  Thus, the parties jointly propose filing another Joint Status Report no later than September 10, 2024.

A proposed order is attached hereto.

Respectfully submitted,

*/s/J. Cathryne Watson*
J. Cathryne Watson
D.C. Bar No. 1032640
Alan Lescht & Associates
1825 K Street NW, Suite 750
Washington DC, 20006
T: (202) 315-1732
F: (202) 463-6067
cathryne.watson@leschtlaw.com

*Attorney for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:            /s/
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARALYN WASSERMAN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No.: 1:21-CV-00026 (ABJ) |
| OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) |
| Defendant. | ) ) |

### **[proposed] ORDER**

In light of the parties' Joint Status Report, and for good cause shown, it is hereby

ORDERED that the Parties shall submit another Joint Status Report no later than September 10, 2024.

SO ORDRED.

_____
AMY BERMAN JACKSON
United States District Court

3