UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARALYN WASSERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )<br>) | Case No. 1:21-CV-0026 (ABJ) |

## STIPULATION OF DISMISSAL

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| */s/ J. Cathryne Watson* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| J. Cathryne Watson \| Shareholder<br>Alan Lescht and Associates, P.C.<br>1825 K Street, N.W., Suite 750<br>Washington, D.C. 20006<br>T (202) 315-1732 \| F (202) 463-6067<br>Cathryne.watson@leschtlaw.com<br>www.dcemploymentattorney.com | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  *Kenneth Adebonojo*<br>KENNETH ADEBONOJO<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2562 |
| *Attorney for Plaintiff* | *Attorneys for the United States of America* |

Dated: November 25, 2024